■ The People of the State of New York, Respondent, v Andre Morrison, Appellant. [979 NYS2d 543]—

The defendant's knowing, voluntary, and intelligent waiver of his right to appeal forecloses review of his claim that his sentence was excessive (*see People v Ricketts*, 109 AD3d 842 [2013]; *People v Sorino*, 82 AD3d 911, 912 [2011]).

The defendant's remaining contention is not properly before this Court on this appeal. Rivera, J.P., Balkin, Hall and Sgroi, JJ., concur.

■ The People of the State of New York, Respondent, v Nicole A. Oliva, Appellant. [979 NYS2d 539]—

The defendant's purported waiver of the right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]) and, thus, does not preclude review of her excessive sentence claims. However, the sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Leventhal and Sgroi, JJ., concur.